IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| MICHAEL DORRIAN, #230326 | § |
| | § |
| VS. | §  CIVIL ACTION NO. G-05-272 |
| | § |
| CORRECTIONAL MEDICAL SERVICES | § |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion and Order of even date herewith, the above-styled action is hereby **DISMISSED, with prejudice, for failing to state a claim upon which relief can be granted**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this 13th day of June, 2005.

_____
Samuel B. Kent
United States District Judge